UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JEFFERY GHIAZZA,

                Plaintiff,

    -against-                                      19 **CIVIL** 2792 (KMK)

## **JUDGMENT**

ANCHORAGE MARINA, INC., et al.,

                Defendants.
---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 24, 2021, Defendants' Motions are granted; accordingly, the case is closed.

**Dated:** New York, New York

         September 24, 2021

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**

                        **BY:**

                                                   **Deputy Clerk**